UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


BRENDA DARLING

v.                                            CASE NO.  3:13 CV  970 (AWT)

ANDREW J. BUZZI, JR.
ROLLINGWOOD CONDOMINIUM ASSOCIATION NO. III, INC.


STIPULATION FOR DISMISSAL

   Pursuant to Rule 4l(a)(l), plaintiff and defendants hereby agree and stipulate that the within action may be dismissed with prejudice and without costs or fees to any party.

THE PLAINTIFF

By__/s/ Joanne S. Faulkner___
Joanne S. Faulkner ct04137
123 Avon Street
New Haven CT 06511
 (203) 772-0395

THE  DEFENDANT
ANDREW J. BUZZI, JR..

By /s/   James R. Fiore
     James R. Fiore
     Federal Bar No: CT27076
     Anthony Nuzzo, Jr.
     Federal Bar No: CT05397
     NUZZO & ROBERTS, L.L.C.
     One Town Center
     P.O. Box 747
     Cheshire, Connecticut 06410
     Tel:  (203) 250-2000
     Fax:  (203) 250-3131
     jfiore@nuzzo-roberts.com
     anuzzo@nuzzo-roberts.com

THE DEFENDANT
ROLLINGWOOD CONDOMINIUM ASSOCIATION NO. III, INC.


By /s/   Joshua A. Yahwak
Joshua A. Yahwak ct25138
Law Offices of Brian J. Farrell, Jr.
555 Long Wharf Drive
New Haven, CT  06511
(203) 782-4107